```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 18327
    LATRELL M HARRIS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7950

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/05/2007 and was confirmed 01/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG     8460.00            .00        8460.00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    42847.87            .00            .00
ALLIANCE PROPERTY MANAGE  CURRENT MORTG     1188.00            .00        1188.00
ALLIANCE PROPERTY MANAGE  MORTGAGE ARRE     5000.00            .00            .00
CONSUMER PORTFOLIO SERV   SECURED VEHIC    14359.00         589.44        2215.27
COOK COUNTY TREASURER     SECURED              .00            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG     2700.00            .00        2700.00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     8000.00            .00            .00
DIVERSIFIED COLLECTION S  UNSEC W/INTER NOT FILED              .00            .00
ILLINOIS COLLECTION SE    UNSEC W/INTER NOT FILED              .00            .00
ILLINOIS COLLECTION SE    UNSEC W/INTER NOT FILED              .00            .00
NICOR GAS                 UNSEC W/INTER      201.26            .00            .00
CITY OF COUNTRY CLUB HIL  UNSEC W/INTER      100.00            .00            .00
SPRINT BANKRUPTCY         UNSEC W/INTER      319.42            .00            .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER       25.30            .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY           258.92            .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER      658.77            .00            .00
FAWN RIDGE CONDO ASSOC    SECURED NOT I     7918.11            .00            .00
SECOND START              DEBTOR ATTY       3,010.00                     1,842.56
TOM VAUGHN                TRUSTEE                                        1,454.73
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  18,450.00

PRIORITY                                                    .00
SECURED                                               14,563.27
   INTEREST                                              589.44
UNSECURED                                                   .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 18327 LATRELL M HARRIS
```

```
ADMINISTRATIVE                                               1,842.56
TRUSTEE COMPENSATION                                         1,454.73
DEBTOR REFUND                                                     .00
                                    ---------------   ---------------
TOTALS                                    18,450.00         18,450.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
       CASE NO. 07 B 18327 LATRELL M HARRIS